UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRENDA PESIKAN, et al.,

    Plaintiffs,

v.

MIRANDA and JOHN DOE SPARKS, et al.,

    Defendants.

CASE NO. C08-5023BHS

ORDER GRANTING STIPULATED MOTION FOR ORDER CONTINUING TRIAL AND RELATED DATES

    This matter comes before the Court on the parties' Stipulated Motion for Order Continuing Trial and Related Dates (Dkt. 14). The Court has considered the stipulated motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

    On January 11, 2008, Plaintiffs filed a complaint against Defendants. Dkt. 1. On May 13, 2008, the Court issued an order setting the trial date and pretrial deadlines. Dkt. 13. On November 7, 2008, the parties filed a Stipulated Motion for Order Continuing Trial and Related Dates. Dkt. 14.

    Under Federal Rule of Civil Procedure 6, the Court may grant an extension of time for good cause. Fed. R. Civ. P. 6(b). The parties request an extension of approximately four to six month extension of the current deadlines. *See* Dkt. 14. The parties claim that

ORDER - 1

"insurmountable scheduling difficulties" have prevented them from being able to complete discovery by the current deadline, December 1, 2008. *Id*. at 1. The parties have shown good cause for the requested extensions.

Therefore, it is hereby

**ORDERED** that Stipulated Motion for Order Continuing Trial and Related Dates (Dkt. 14) is **GRANTED**. The current scheduling order (Dkt. 13) shall be **STRICKEN** and a new scheduling order shall issue forthwith.

DATED this 14th day of November, 2008.

BENJAMIN H. SETTLE

United States District Judge