UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

BRENDA PESIKAN, et al,

    Plaintiffs,

vs

MIRANDA SPARKS, et al

    Defendants.

CASE NO. CV08-5023BHS

ORDER OF DISMISSAL

Counsel having notified the Court of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that this action and all claims asserted herein are **DISMISSED** without prejudice and without fees or costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within *ninety (90)* days of the date of this Order. Any trial date and/or pretrial dates previously set are hereby **VACATED**.

IT IS SO ORDERED this 10th day of September 2009.

BENJAMIN H. SETTLE
United States District Judge